# United States District Court

| | CENTRAL | DISTRICT OF | ILLINOIS |

UNITED STATES OF AMERICA

v.

JASON WHITTEN

CRIMINAL COMPLAINT

CASE NUMBER 06- 3012 - M

FILED
FEB 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about January 30, 2005 to June 22, 2005, in Shelby county, in the Central District of Illinois the defendant did:

1. Knowingly make, print, and publish and caused to be made, printed and published a notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute and reproduce any visual depiction, said visual depiction being of and its production involving the use of a minor engaging in sexually explicit conduct, said notice and advertisement being transported in interstate and foreign commerce by computer; and

2. Knowingly transported and shipped in interstate and foreign commerce, by computer, visual depictions the production of which involved the use of a minor engaging in sexually explicit conduct, said visual depiction being of such conduct.

in violation of Title 18 United States Code, Sections 2251(d)(1)(A) and 2252(a)(1)

I further state that I am a ___Secret Service Agent___ and that this complaint is based on the
                                    Official Title
following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes     ☐ No

s/ Jonathan A. Brooks
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 14, 2006 at : 2:10 p.m.       at       Springfield, Illinois
Date                                            City and State

Byron Cudmore
U.S. Magistrate Judge                           s/ Byron G. Cudmore
Name & Title of Judicial Officer                Signature of Judicial Officer

## AFFIDAVIT

1. I, Jonathan A. Brooks, am a Special Agent of the United States Secret Service. I have been so employed for approximately two years. I am currently assigned to the Springfield, Illinois Resident Office of the United States Secret Service. As part of my duties, I am responsible for conducting investigations involving the alleged use of computers in interstate and foreign commerce to commit federal crimes.

2. The statements contained in this affidavit are based in part on information provided by other Secret Service agents and other law enforcement officers, on information provided by other witnesses, and on my experience and background as a Special Agent of the Secret Service. Specific technical and factual information was provided by an undercover detective of the United States Secret Service Electronic Crimes Task Force in New York, New York. This detective has several years experience in the investigation of child pornography offenses and travels extensively throughout the United States, including to the Federal Law Enforcement Training Center in Glynco, Georgia, instructing investigators in the methods used in child pornography cases.

### USE OF COMPUTERS WITH CHILD PORNOGRAPHY

3. Computers and the use of computers have revolutionized the way in which child pornography is produced, distributed and utilized. It has also revolutionized the way in which child pornography collectors interact with each other. The development of computers has added to the methods used by child pornography collectors to interact with and sexually exploit children. Computers serve four functions in connection with child pornography. These are production, communication, distribution and storage.

4. Previously, child pornography collectors have had to rely on personal contact,

U.S. Mail, and telephonic communications in order to sell, trade or market pornography. The development of the computer has changed that. A device known as a modem allows any computer to connect to another computer through the use of telephone lines. By connecting to a host computer, electronic contact can be made to literally millions of computers around the world. A host computer is one that is attached to a network and serves many users. These host computers are sometimes operated by commercial concerns such as CompuServe and America Online, which allow subscribers to dial a local number and connect to a network which is in turn connected to their host systems. These service providers allow electronic mail (E-mail) service between subscribers and sometimes between their own subscribers and those of other networks. In addition, these service providers act as a gateway for their subscribers to the Internet or the World Wide Web, hence they are commonly described as Internet Service Providers (ISP's). Some of these systems offer their subscribers the ability to communicate publicly or privately with each other in real time in the form of "chat rooms".

5. Aside from chat rooms that reside on many service providers' networks, these ISP's allow access to a larger network of chat channels, one of which is called Internet Relay Chat (IRC), that is accessed through intermediate or "client software". Contact with other users in either of these "internal" or "external" online formats can be very open or anonymous – in front of everyone else who happens to be in the same room/channel at the same time, or very private and personal in the form of person-to-person instant messages.

6. Another type of this instant messaging that exists on the Internet is called ICQ (I Seek You). ICQ is a program which allows users to notify others of their online status

(i.e. available, free for chat, away, etc.); to page another user by sending a message to the other user's computer; to transfer files, including text and graphic image files; to chat or communicate directly with one or more other users (up to an unlimited number); to save chat information in a text file for future access; and, to communicate via E-Mail, among other things. A user's connection to ICQ and through ICQ to another user is through a telephone line.

7. These communication structures are ideal for the child pornography collector. The open and anonymous communication allows the user to locate others of similar inclination and still maintain their anonymity. Once contact has been established, it is then possible to send text messages and graphic images to other trusted child pornography collectors. Moreover, the child pornography collector need not use the large service providers. Child pornography collectors can use standard Internet connections, such as those provided by businesses, universities, and government agencies, to communicate with each other and to distribute child pornography. These communication links allow contacts around the world as easily as calling your next door neighbor. Additionally, these communications can be quick, relatively secure, and as anonymous as desired. All of these advantages are well known and are the foundation of transactions between child pornography collectors.

8. The ability to produce child pornography easily, reproduce it inexpensively, and market it anonymously (through electronic communications) has drastically changed the method of distribution of child pornography. For example, child pornography can be transferred to anyone with access to a computer and modem. (The transfer would be completed via electronic mail or through file transfer protocols (FTP's) and/or file

servers (F-serves). The FTP is a protocol that defines how to transfer files from one computer to another. One use, known as "anonymous FTP", allows users who do not have a log-in name or password to access certain files from another computer, and copy those files to their own computer). Because of the proliferation of commercial services that provide both electronic mail service, chat services, and easy access to the Internet, the computer is a preferred method of distribution of child pornography..

9. Based on my experience and training, I am aware of the following:

   a. Individuals who have an Internet e-mail address have a membership or affiliation with an organization or commercial service that provides access to the Internet computer network, called the Internet Service Provider ("ISP"). When a user accesses the Internet through an ISP, the ISP assigns that user an Internet Protocol ("IP") address (or number) for that particular session on the Internet. Each IP address is unique for a specific date and time period. The user will maintain the same IP address for the period that the user is connected to the Internet; for this reason, many users with cable modems or Digital Subscriber Lines ("DSL") maintain an IP address for long periods of time because they maintain a constant connection to the Internet.

   b. Internet Relay Chat ("IRC") is a computer program that permits individuals with access to the Internet to communicate with each other and transfer files in real time, either in a group forum ("chat rooms") or through direct one-on-one communications ("private chat sessions" or "instant messaging"). In addition to text messages, a user may send images to another user via the Internet. Those images generally may be (a) a jpg file, which is a still-image picture, or (b) an mpg file, which is a video clip. Users of an IRC program choose names with which to identify themselves ("nicknames") during communications with other users.

   c. A file transfer protocol server ("FTP server") allows users to exchange computer files with the operator of the server. An FTP server may be established at a particular IP address, and it operates essentially like a regular website. Users need a log-in name and password to access an FTP server.

## INVESTIGATION

10. The information contained in this affidavit is not an exhaustive account of everything I know about this case. Rather, it is only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Sections 2251(d)(1)(A) and 2252(a)(1) have been committed by Jason Whitten.

11. On May 9, 2005 I reviewed a packet of information sent to the Springfield, Illinois Resident Office from an undercover detective assigned to the NYFO Electronic Crimes Task Force. This packet of information provided to the Springfield, Illinois Resident Office contained information indicating that the detective had been on the internet web page of www.undernet.org which provided chat rooms for use via IRC channels. He additionally had entered the chat room titled "#100%PreTeenGirlSexPics." Each time he entered, he logged the communications traffic to his own computer.

12. On January 30, 2005, the New York undercover detective was in the chat room, "#100%PreTeenGirlSexPics". He observed an individual in the chat room who used the screen name "whittle77" and who advertised files for trade. The undercover detective observed that this individual, "whittle77", was connected to the internet using the IP address, 67.50.98.153. An excerpt from the log activity captured from the chat room, "#100%PreTeenGirlSexPics" on January 30, 2005, shows "whittle77" advertising files for trade:

```
        [02:19] <whittle77> [v2.4] Panzer - Trigger: !LittleOnes Ratio:
1:2
        Start Credit: 75 KB Desc: Preteen Everything. Leech for Vids
75mb+
        [Users:1/4]
```

13. As part of the undercover detective's investigation on January 30, 2005, after observing the advertisement by "whittle77" he accessed the computer of "whittle77" by typing the trigger phrase, "!littleones" and establishing a DCC[1] session with "whittle77":

```
[02:19] <Denzi13> !littleones
```

Before the undercover detective could view or trade files with "whittle77", whittle77 required the undercover detective to read the rules as established by "whittle77". The following is an excerpt from the log activity captured from the DCC session established between the undercover detective and "whittle77":

```
[02:19] <whittle77> RULES enforced on this server. Further access will be
[02:19] <whittle77> delayed until you have read and understood those.
[02:19] <whittle77> Type: RULES to continue.
[02:19] <Denzi13> rules
[02:19] <whittle77>
[02:19] <whittle77>
Pre girl pics and vids ONLY!!!! Anything with hair or tits = BAN!!!!
```

These rules coupled with the chat room name and Whittle77's advertisement indicates to this affiant that Whittle77 will swap files, but Whittle77 only wants pictures and videos of pre-teenage girls who are pre-pubescent in sexual development.

14. Continuing on January 30, 2005, the undercover detective accessed the directory of files for "whittle77". The following is an excerpt of files that were located on the root directory for "whittle77":

---

[1] DCC session refers to a direct client connection between the undercover detective and whittle77's file server outside of and separate from the IRC chatroom. It is a peer-to-peer connection commonly used to upload and download files.

```
[02:19] <whittle77> (5-12)dadrape01.jpg   11.3 kb
[02:19] <whittle77> (5-12)dadrape02.jpg   12.8 kb
[02:19] <whittle77> (5-12)dadrape05.jpg   57.9 kb
```

The following is an excerpt of files that were located on a subdirectory entitled "series" under the root directory of "whittle77":

```
[02:20] <whittle77> [\series\*.*]

[02:20] <whittle77> korean kids (004).jpg   7.00 kb
[02:20] <whittle77> me-my_neice-11yo_patty030-jacking_me_off.jpg   21.9 kb
[02:20] <whittle77> me-my_neice-11yo_patty048x-at_9mos-i_m_cumming_all_over_her_.jpg   23.7 kb
```

15. As part of the undercover detective's investigation on January 30, 2005, he was able to download several files from whittle77's file server, as follows:

```
[02:19] -whittle77- DCC Fserve (67.50.98.153)

[02:20] -whittle77- DCC Send pthc_kely31 young girl ass - sex
and drugs make girls cool.jpg (67.50.98.153)

[02:20] -whittle77- DCC Send pthc_kely13 young girl - preteen child porn
- sex and drugs.jpg (67.50..98.153)

[02:22] -whittle77- DCC Send hel-1~09.jpg (67.50.98.153)

[02:23] -whittle77- DCC Fserve (67.50.98.153)

[02:29] -whittle77- DCC Send pedo-kiddy-9yo_littlegirls_(part2).mpg
(67.50.98.153)

[02:29] -whittle77- DCC Send youngfuck.mpg (67.50.98.153)

[02:31] -whittle77- DCC Send preteen_sex.mpeg (67.50.98.153)

[02:31] -whittle77- DCC Send raygold_russian_14yr_lolita_sex_2.mpeg
```

DCC session refers to a direct client connection between the undercover detective and whittle77's file server outside of and separate from the IRC chatroom. It is a peer-to-peer connection commonly used to upload and download files.

```
(67.50.98.153)

[02:32] -whittle77- DCC Send 8rape.mpg (67.50.98.153)

[02:33] -whittle77- DCC Send faces of death - a very young russian
girl gits raped (very illegal).mpg (67.50.98.153)

[02:35] -whittle77- DCC Send babyshivid-molested01.avi (67.50.98.153)

[02:35] -whittle77- DCC Send 13yo_child_rape_and_crying(1)(2).mpg
```

(67.50.98.153)

The undercover detective and this affiant have viewed these images and videos and believe them to be of pre-teenage and teenage girls engaging in various stages of undress, bondage, oral copulation, and sexual intercourse.

16. On February 24, 2005, the undercover detective again was in the chat room entitled, "#100%PreTeenGirlSexPics". Again he observed an individual using the screen name, "whittle77", advertising files for trade. The undercover detective observed that this individual, "whittle77", was connected to the internet using the IP address, 67.50.96.212. An excerpt from the log activity captured from the chat room, "#100%PreTeenGirlSexPics" on February 24, 2005, shows "whittle77" advertising files for trade:

```
[07:16] -whittle77- [v2.4] Panzer - Trigger: !littleones Ratio: 1:1
Start Credit: 100 KB Desc: Preteen Everything. Leech for Vids 75mb+
EXTRA credit for new or good series I don't have. Over 1.5 Gigs!!!!!!
Leech if you have a webcam and kids [Users:2/3]
```

Continuing on February 24, 2005, the undercover detective accessed the computer of "whittle77" by typing the trigger phrase "!littleones" and established a DCC session with "whittle77". At that point he was able to access the statistics for download and upload activity for "whittle77" by typing the word "stat". An excerpt from the log activity captured from the DCC session established between the undercover detective and "whittle77", on February 24, 2005, shows the statistics from the file server of "whittle77":

```
[07:16] <denzil3> stat
[07:16] <whittle77>
[07:16] <whittle77>                    STAT'S FILE SERVER
[07:16] <whittle77>
```

```
[07:16] <whittle77>    Thursday February 24 2005
[07:16] <whittle77>    Total files available: 3705 Size: 1.53 GB Dirs: 13
[07:16] <whittle77>
[07:16] <whittle77>                DOWNLOADS           UPLOADS
[07:16] <whittle77> Total:       4937    [1.42 GB]    1047    [1.35 GB]
[07:16] <whittle77> This year:   4937    [1.42 GB]    1047    [1.35 GB]
[07:16] <whittle77>
[07:16] <whittle77> This month:  3141    [887 MB]     483     [910 MB]
[07:16] <whittle77> Last month:  1796    [574 MB]     564     [475 MB]
[07:16] <whittle77>
[07:16] <whittle77> Today:        586    [47.9 MB]    21      [41.0 MB]
[07:16] <whittle77> Yesterday:    374    [105 MB]     52      [84.5 MB]
[07:16] <whittle77>
[07:16] <whittle77>                       VISITS
[07:16] <whittle77> Total:        846   This month: 517    Today:      76
[07:16] <whittle77> This year:    846   Last month: 329    Yesterday:  94
[07:16] <whittle77>
[07:16] <whittle77> Server visited by people from 32 different countries
[07:16] <whittle77> Top country by visits: Canada
```

This stat log indicates that whittle 77 has been downloading and uploading numerous files while connected to the #100%PreTeenGirlSexPics chat room. Continuing on February 24, 2005, the undercover detective accessed the directory of files for "whittle77". The following is an excerpt of log activity for DCC session established between the undercover detective and "whittle77" identifying files that were located on the root directory for "whittle77":

```
[07:17] <whittle77> 10yowebcam.wmv   6.01 mb
[07:17] <whittle77> 7_year_spread.jpg   63.6 kb
```

```
[07:17] <whittle77> a6yo_fucked_by_adult_mm.jpg   12.9 kb
[07:17] <whittle77> 11yo_very_sexy_thongs_topless.jpg   36.7 kb
```

17. Again, on April 22, 2005, the undercover detective observed "whittle77" accessing the files of other individuals present in the chat room, "#100%PreTeenGirlSexPics". The following is an excerpt from log activity in the chat room, "#100%PreTeenGirlSexPics":

```
[01:11] <Alf_222> [v2.4] Panzer - Trigger: !Alf Ratio: 1:1 Start
Credit: 1 KB Desc: HI BIG FSERVE...A LOT OF WEB SERIES...MORE THAN
20,000 FILES...MSG ME IF YOU HAVE WORKING PASSS..I WILL GIVE YOU
LEECH.. I ACEPT PRE BOYS AND GIRLS SITES...MSG ME . BIG FSERVE SN ME
ONLY LS MODELS SERIES PLS ANY OTHERE= BANN [Users:1/2]

[01:22] <whittle77> !Alf

[01:12] <joebl> [v2.4] Panzer - Trigger: !joebl Ratio: 1:2 Start
Credit: 0 KB Desc: preteen girl webcam wanted 7-15 yo wanted
[Users:3/4]

[01:22] <whittle77> !joebl

[01:30] <Oliona> [v2.4] Panzer - Trigger: !IloveSeri Ratio: 1:1 Start

Credit: 0 KB Desc: UNDERAGE SERVER! LEECH: StunningSerena password.
Please help me!!! [Users:2/3]

[01:34] <whittle77> !IloveSeri
```

This excerpt indicates that whittle77 was using the #100%PreTeenGirlSexPics chat room to access the file servers of several other people, such three persons using the screen names, "Alf_222", "joebl", and "Oliona". Through my discussions with other law enforcement officers engaged in investigating child pornography I am aware that this particular chat room, "#100%PreTeenGirlSexPics", is used primarily for person interested the viewing and trading of child pornography.

18. Frontier Communications, the internet service provider holding IP addresses 67.50.98.153 and 67.50.96.212 during relevant times on January 30, 2005, February 24, 2005, and April 22, 2005, provided the following information to this affiant. The subscriber of these IP addresses on the relevant dates and times was Brenda Johnson, 211 S. Macon, Moweaqua, Illinois. This mailing address is also the address to which all billing information regarding this address is sent by Frontier Communications.

19. Frontier Communications also indicated that the two IP addresses shared the same technical data. Both IP addresses share the same MAC address, 00:20:78:1e:3f:8b. This sequence of numbers and letters identifies the physical machine that is connected to the internet. The two IP addresses also share the same option agent remote id, 1:1:0:0:43:32:60:1:20:69:0:51:. This is a set of numbers established by Frontier Communications that when decoded generates what is known as a VPI/VCI. This VPI/VCI, Virtual Path Identifier/Virtual Channel Identifier, is then directly correlated to the phone number that the subscriber is using for the connection to the internet. This will then identify subscriber information. Frontier Communications indicated that the phone number that corresponds to both the IP addresses requested is 217-768-4887. This phone number is listed as the billing phone number as well as the contact number for the subscriber, Brenda Johnson, who

has an address listed as 211 S. Macon, Moweaqua, Illinois. A Lexis-Nexus search of that residence indicated that Brenda Johnson lives at 211 S. Macon, Moweaqua, Illinois, with a phone number at that residence of 217-768-4887. This search further indicated that an individual named Jason Whitten was a household member of this residence. Whitten's birth date was listed as 7-31-77.

20. On 6-22-05, a federal search warrant was served at 211 S. Macon, Moweaqua, Illinois. Pursuant to this search warrant two computer hard drives, one computer tower, sixty-five (65) compact disks, and one memory stick storage device was seized as evidence in this case.

21. A preliminary search of one of the hard disk drives located at the residence indicated that several images of child pornography were present on the hard disk drive. One of the movie files downloaded by the undercover detective from the USSS NYFO-ECTF, `youngfuck_whittle77.mpg`, was located on one of the hard disk drives recovered from 211 S. Macon, Moweaqua, Illinois under the file name, `youngfuck.mpg`.

22. On 7-05-05, I interviewed Jamie Dutkiewicz. Dutkiewicz is Jason Whitten's ex-wife. Dutkiewicz stated she believed Whitten had created a personal website on the internet. Dutkiewicz stated she did not know the exact web address for this site however she stated that I would be able to locate it by typing the name, Jason Whitten, into the search engine www.google.com.

23. On 7-06-05, I was able to locate and view Jason Whitten's personal web page. The address for this page is www.angelfire.com/il/redtail. On this page he has posted several pictures of his daughters and other family members. Whitten identifies his email address to whittle77@hotmail.com and whittle77@yahoo.com.

24. Several Yahoo internet chat log files were recovered from the Western Digital hard disk drive bearing serial number WMA6760122144 taken pursuant to a federal search warrant conducted at 211 S. Macon, Moweaqua, IL. These chat logs were reviewed by this Agent. This review found several chat log files in which an individual using the screen name, "whittle77", identifies himself as Jason Whitten who is living in Moweaqua, IL, works for Kelly Construction on Archer Daniels Midland property, and who had recently been released from prison for felony theft charges. An individual using the screen name "whittle77" is observed identifying themselves in an online chat session with an individual using the screen name "CYN7488" on 1-08-05. The person using the screen name "whittle77" identifies himself as Jason Whitten working for Kelly Construction on Archer Daniels Midland Company property in Decatur, IL. "whittle77" further states that he is from Moweaqua, IL and at the time of the chat session listed above, had just recently gotten out of prison.

The following is an excerpt from online yahoo chat logs located on one of the hard drives recovered from 211 S. Macon, Moweaqua, IL:

```
Sat Jan 08 02:30:27 2005
Message Sent by whittle77
Message:
u from shelbyville?


-----End of Entry-----
Sat Jan 08 02:30:28 2005
Message Received from CYN7488
Message:
depends on what
-----End of Entry-----
```

Sat Jan 08 02:30:43 2005

Message Received from CYN7488

Message:

yes u

-----End of Entry-----


Sat Jan 08 02:30:51 2005

Message Sent by whittle77

Message:

Moweaqua

-----End of Entry-----


Sat Jan 08 03:09:28 2005

Message Received from CYN7488

Message:

how old are u

-----End of Entry-----


Sat Jan 08 03:09:59 2005

Message Sent by whittle77

Message:

27

-----End of Entry-----


Sat Jan 08 03:11:50 2005

Message Sent by whittle77

Message:

I just got out of prison

-----End of Entry-----

Sat Jan 08 03:13:19 2005

Message Received from CYN7488

Message:

what did u do to go ther

-----End of Entry-----

Sat Jan 08 03:14:00 2005

Message Sent by whittle77

Message:

Ah I did some stupid shit. I got into drugs. and was stealling out of stores for money. Dumb shit

-----End of Entry-----

Sat Jan 08 03:21:14 2005

Message Received from CYN7488

Message:

do u have a house or parents

-----End of Entry-----

Sat Jan 08 03:21:47 2005

Message Sent by whittle77

Message:

Im living with my mom and sister at the moment. I only got out a month ago. Just till I get my job back

-----End of Entry-----

Sat Jan 08 03:22:15 2005

Message Received from CYN7488

Message:

where do u work

-----End of Entry-----


Sat Jan 08 03:22:23 2005

Message Sent by whittle77

Message:

ADM

-----End of Entry-----


Sat Jan 08 03:22:30 2005

Message Sent by whittle77

Message:

for Kelly Construction

-----End of Entry-----


Sat Jan 08 03:40:26 2005

Message Received from CYN7488

Message:

what is your name

-----End of Entry-----


Sat Jan 08 03:40:41 2005

Message Sent by whittle77

Message:

Jason Whitten

-----End of Entry-----


Sat Jan 08 03:41:26 2005

Message Received from CYN7488

Message:

where are u from aridgnaly

-----End of Entry-----


Sat Jan 08 03:41:56 2005

Message Sent by whittle77

Message:

Here in moweaqua

-----End of Entry-----

25. On February 13, 2006, the defendant was interviewed by members of the USSS. During that interview, and later in writing, defendant acknowledged: under the screen name "Whittle 77" entering chat rooms, setting up a "f-serve on his computer for the receipt and distribution of child pornography and receiving and distributing the same.

Further Affiant Sayeth Not.

s/ Jonathan A. Brooks
Jonathan A. Brooks
Special Agent
United States Secret Service

Sworn before me this 14th day of February, 2006 2:10 PM

s/ Byron G. Cudmore
Byron Cudmore
U.S. Magistrate Judge