# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JASON WHITTEN

**WARRANT FOR ARREST**

Case Number: 06-3012 M

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **JASON WHITTEN**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

1. Knowingly make, print, and publish and caused to be made, printed and published a notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute and reproduce any visual depiction, said visual depiction being of and its production involving the use of a minor engaging in sexually explicit conduct, said notice and advertisement being transported in interstate and foreign commerce by computer; and

2. Knowingly transported and shipped in interstate and foreign commerce, by computer, visual depictions the production of which involved the use of a minor engaging in sexually explicit conduct, said visual depiction being of such conduct.

in violation of Title 18 United States Code, Sections 2251(d)(1)(A) and 2252(a)(1)

| Byron Cudmore | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ Byron G. Cudmore | 2/14/06 2:10 PM, Springfield, Illinois |
| Signature of Issuing Officer | Date and Location |

**No Bond**

## RETURN

This warrant was received and executed with the arrest of the above named defendant at Springfield, IL

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 02-14-06 | Jon Brooks | Jay Holler |
| Date of Arrest | Title of Arresting Officer | |
| 02-14-06 | S/A U.S.S.S. | |